UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BEA SYSTEMS, INC. SECURITIES LITIGATION | Master File No. C 04-2275 SI |
| | [PROPOSED] ORDER OF DISMISSAL AND FINAL JUDGMENT |
| This Document Relates To: | |
| All Actions. | |

WHEREAS, on February 14, 2005, the Court issued an order granting Defendants BEA Systems, Inc., Alfred S. Chuang, Thomas M. Ashburn, Charles L. Ill, III, and William Klein's Motion to Dismiss the Consolidated Amended Class Action Complaint (the "Order");

WHEREAS, pursuant to the Order, the Lead Plaintiff had until March 4, 2005 to file a second amended complaint; and

WHEREAS, the Lead Plaintiff chose not to file a second amended complaint;

THEREFORE, pursuant to Section 21D(C)(1) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(c)(1) and N.D. Cal. Local Civil Rule 58-1, the Court finds that during the course of the Litigation, the parties and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11.

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is

2   DISMISSED in its entirety with prejudice.

3   IT IS SO ORDERED.

4   Dated:

5   _____
    TH[E]
6   UN[ITED]

7

*IT IS SO ORDERED*
*Judge Susan Illston*

8   Submitted by:

9   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation

10

11  By: /s/ Robert P. Feldman
          ROBERT P. FELDMAN

12  Attorneys for Defendants
    BEA SYSTEMS, INC., ALFRED S. CHUANG,
13  THOMAS M. ASHBURN, CHARLES L. ILL, III
    and WILLIAM KLEIN

14

15  650 Page Mill Road
    Palo Alto, CA 94304-1050
    Telephone: (650) 493-9300
16  Facsimile: (650) 565-5100

17  Approved as to form by:

18  GREEN WELLING LLP

19  By: /s/ Robert S. Green
          ROBERT S. GREEN
20

21  235 Pine Street, 15th Floor
    San Francisco, CA 94104
    Telephone: (415) 477-6700
22  Facsimile: (415) 477-6710

23  *Liaison Counsel* for Plaintiffs

24  Marc I. Willner
    Karen E. Reilly
25  SCHIFFRIN & BARROWAY, LLP
    280 King of Prussia Road
26  Radnor, PA 19087
    Telephone:  (610) 667-7706
27  Facsimile:   (610) 667-7056

28  *Lead Counsel* for Plaintiffs

1  I, Claudia N. Main, am the ECF User whose ID and password are being used to file this [Proposed] Order of Dismissal and Final Judgment.  In compliance with General Order 45, X.B., I hereby attest that Robert P. Feldman and Robert S. Green have concurred in this filing.

By: /s/ Claudia N. Main
CLAUDIA N. MAIN